UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT E. MURRAY, et al.,

    Plaintiffs,

v.

PUBLIC CITIZEN, INC., et al.,

    Defendants.

Case No. 2:14-cv-2561
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

## ORDER

On April 23, 2015, the Magistrate Judge issued a Report and Recommendation in this case recommending that the action be remanded to the Court of Common Pleas of Belmont County, Ohio for further proceedings and consideration. (Doc. No. 30.) The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**. This action is **REMANDED** to the Court of Common Pleas for further proceedings consistent with the April 23, 2015 Report and Recommendation.

    **IT IS SO ORDERED.**

6-3-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE